UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

REYNA MENDOZA-VARGAS,

Petitioner,

v.

TODD BLANCHE, Acting Attorney
General,

Respondent.

No. 24-1920

Agency No.
A205-403-674

ORDER

Before:    FRIEDLAND, R. NELSON, and BADE, Circuit Judges.

The BIA did not abuse its discretion by denying petitioner's motion to reopen her removal proceedings in order to administratively close them, where petitioner did not identify any basis for administrative closure. *See Gonzalez-Caraveo v. Sessions*, 882 F.3d 885, 889 (9th Cir. 2018) ("Generally, administrative closure is proper when the parties are 'await[ing] an action or event that is relevant to immigration proceedings but is outside the control of the parties or the court and may not occur for a significant or undetermined period of time.'") (quoting *Matter of Avetisyan*, 25 I & N Dec. 688, 692 (BIA 2012)).

The government's motion for summary disposition (Docket Entry No. 29) is therefore granted. *See* 9th Cir. R. 3-6(a) (standard for summary disposition); *United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982).

**PETITION FOR REVIEW DENIED**.